UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3257**

Case Title: **United States** vs. **Joseph Wounaris**

List all clients you represent in this appeal:

**Joseph Wounaris**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Andrew Byrd**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Lori B. Riga**     Signature: s/ **Lori B. Riga**

Firm Name: **Office of the Federal Public Defender**

Business Address: **1660 W.2nd Street, Ste. 750**

City/State/Zip: **Cleveland, OH 44113**

Telephone Number (Area Code): **216-522-4856**

Email Address: **lori_riga@fd.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17